JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE OUTDOOR RECREATION GROUP HOLDINGS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>XIAMEN CITY SPARK IMPORT & EXPORT CO., LTD. AKA XIAMEN CITY SPARK CO., LTD., A CHINESE LIMITED LIABILITY COMPANY, CRAIG SLIFER, AN INDIVIDUAL, DONALD SHRADER, AN INDIVIDUAL, THE PAXTON GROUP LIMITED, A DELAWARE CORPORATION, AND DOES 1 THROUGH 125, INCLUSIVE,<br><br>          Defendants. | Case No. 2:24-cv-4450-FMO-KS<br><br>**ORDER ON STIPULATION [77] RE DISMISSAL PURSUANT TO FRCP 41(a)** |

1

**ORDER OF DISMISSAL**

Pursuant to the stipulations of the parties under Federal Rule of Civil Procedure 41, subd. (a)(2), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, proceedings and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  December 12, 2025                               _____/s/_____
                                                                             Hon. Fernando M. Olguin
                                                                             United States District Judge

2